IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| | **CIVIL ACTION NOS.** |
| **SALYER, et al.,** | 02-1438 |
| **BOWMAN, et al.,** | 02-1595 |
| **HORNE, et al.,** | 02-1633 |
| **THOMAS, et al.,** | 02-1667 |
| **WILLIS,** | 02-1669 |
| **REESE,** | 02-2052 |
| **COPE,** | 02-2284 |
| **MURPHY,** | 02-2316 |
| **JUBACK, et al.,** | 02-2464 |
| **SHEPERD, et al.,** | 02-2478 |
| **GOOMAR,** | 02-2538 |
| **THOMPSON, et al.,** | 02-2545 |
| **GRAVES,** | 02-2591 |
| **HILL,** | 02-3057 |
| **VELASCO,** | 02-3074 |
| **SOSEBEE,** | 02-3115 |
| **ADKINS, et al.,** | 02-3236 |
| **ESPINOZA, et al.,** | 02-3307 |
| **O'DONNELL-ALLEN, et al.,** | 02-3354 |
| **TRENTO, et al.,** | 02-3382 |
| **MILLER, et al.,** | 02-3470 |
|    Plaintiffs, | |
|      v. | |
| **BAYER CORPORATION, et al.,** | |
|    Defendants. | |

**O R D E R**

**AND NOW,** this 18th day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed _____

[X]  -  Other: Cases are placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring cases to District of Minnesota.

it is

**ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**FURTHER ORDERED** that all previous scheduling Orders are **VACATED**.

                                                **BY THE COURT:**

                                                **MARVIN KATZ, S.J.**